NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID WILLIS, DOC #917650,    )
       )
    Appellant,    )
       )
v.    )    Case No. 2D17-5095
       )
STATE OF FLORIDA,    )
       )
    Appellee.    )
_____)

Opinion filed July 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

David Willis, pro se.


PER CURIAM.


    Affirmed.


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.